IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. _____ |
| ) | |
| US AIRWAYS, INC., US AIRWAYS GROUP, ) | |
| INC., and AMERICA WEST AIRLINES, INC., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| -and- ) | |
| ) | |
| JUNIPER BANK, ) | |
| ) | |
| Intervenor. ) | |

**APPENDIX OF ADDITIONAL EXHIBITS CITED IN NOTICE OF REMOVAL OF ACTION AND CLAIMS PURSUANT TO 28 U.S.C. § § 1452(A), 1334**

| | |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | David C. McBride (#408) |
| | Christian Douglas Wright (#3554) |
| | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| OF COUNSEL: | Wilmington, DE 19899-0391 |
| | (302) 571-6600 |
| Mark H. Epstein | cwright@ycst.com |
| Kristin Linsley Myles | |
| MUNGER, TOLLES & OLSON LLP | *Attorneys for Defendants US Airways, Inc.,* |
| 355 South Grand Avenue | *US Airways Group, Inc. and America West* |
| 35th Floor | *Airlines, Inc.* |
| Los Angeles, CA 90071-1560 | |
| (213) 683-9100 | |

DATED: November 15, 2005

# TABLE OF CONTENTS

**Exhibit**

Agreement and Plan of Merger with America West Holdings Corporation ................................ A

Joint Plan of Reorganization of US Airways, Inc. dated June 30, 3005 ...................................... B

Administrative Claims for the period September 12, 2004 to July 31, 2005 .............................. C

Administrative Claims for the period August 1, 2005 to September 27, 2005 ........................... D

US Airways Second Amended Disclosure Statement dated August 7, 2005 .............................. E

Amended Juniper Agreement ........................................................................................................ F

Limited Objection of Bank of America, N.A. and Bank of America, N.A. (USA)
    to Confirmation of the Joint Plan of Reorganization ............................................................. G