*EXHIBIT C*

| United States Bankruptcy Court<br>Eastern District of Virginia, Alexandria Division<br>In re: US Airways, Inc., et al.,<br>Case No. 04-13819 (Jointly Administered) | IF BY MAIL:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>P.O. BOX 2006, MURRAY HILL STATION<br>NEW YORK, NEW YORK 10156 | **ADMINISTRATIVE EXPENSE CLAIM REQUEST**<br><br>THIS SPACE IS FOR COURT USE ONLY<br>Bar Date: August 22, 2005 |
|---|---|---|
| **Debtor against which claim is asserted: (check only one)**<br>☒ US Airways, Inc. (04-13819)<br>☐ US Airways Group, Inc. (04-13820)<br>☐ PSA Airlines, Inc. (04-13821)<br>☐ Piedmont Airlines, Inc. (04-13822)<br>☐ Material Services Company, Inc. (04-13823) | IF BY OVERNIGHT OR HAND DELIVERY:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>419 PARK AVENUE SOUTH, SUITE 1206<br>NEW YORK, NEW YORK 10016-8410 | |

NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense after commencement of the cases pursuant to 11 U.S.C. § 503 through July 31, 2005. Notwithstanding anything herein, no request for payment of an Administrative Claim need be filed with respect to (i) any claims for payment of an administrative expense specified in section 503(b) of the Bankruptcy Code with respect to trade claims, including any claims for goods or services (including, wages, salaries, or commissions), incurred by the Debtors in the ordinary course and operation of their businesses during these Chapter 11 cases that are being paid currently by the debtors in the ordinary course and operation of their businesses, or (ii) the exclusions listed under the definition of "Administrative Bar Date" on the reverse side of this form.

| Name and address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Bank of America, N.A. (USA), Bank of America, N.A., and affiliated entities<br>201 North Tryon St., NC1-022-06-01<br>Charlotte, NC 28255<br>Attention: Robert C. Ziegler<br><br>236178 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in these cases.<br>☒ Check box if the address differs from the address on the envelope sent to you by the claims agent. | U.S.B.C. - EASTERN DISTRICT OF VIRGINIA<br>US AIRWAYS, INC.<br>CHAPTER 11 CASE NO. 04-13819 (SSM)<br>CLAIM NUMBER:      05819 |
|---|---|---|
| If address is incorrect, please insert correct address: | Telephone Number:<br>(704) 388-8292<br>Fax Number:<br>(704) 387-1197 | |
| Account or other number by which Creditor identifies Debtor: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

**1. BASIS FOR CLAIM:**
☐ Goods sold                          ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Services performed                  ☐ Wages, salaries, and compensation (Fill out below)
☒ Money advanced                      Last four digits of your social security number_____
☐ Personal injury/wrongful death      Unpaid compensation for services performed
☐ Taxes                               From_____ to _____
☒ Other (Describe briefly): Administrative claim, described more     (date)           (date)
   fully below

**2. DATE DEBIT WAS INCURRED:** Ongoing     **3. IF COURT JUDGMENT, DATE OBTAINED:** N/A

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM FROM SEPTEMBER 12, 2004 THROUGH AND INCLUDING JULY 31, 2005:** Unliquidated
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or additional charges.

**5. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**
The basis for this Administrative Expense Claim Request is any and all claims, rights and interests of Bank of America, N.A. (USA) and Bank of America, N.A. (and their affiliated entities) in any manner arising from or related to either: (i) the Co-Branded Card and Merchant Services Agreement, dated as of May 20, 2003, as amended, (which was assumed, as amended, pursuant to a Court Order at Docket No. 855) (the "Card Agreement") and (ii) any and all other matters pertaining to credit cards, debit cards, or similar products.

| **6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". The Card Agreement is not attached because it is confidential and it is in the possession of US Airways, Inc.<br><br>**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing your claim, enclose a stamped, self-addressed envelope and copy of this claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>BANKRUPTCY COURT/DRC<br>2005 AUG 19 AM 11:45<br>RECEIVED |
|---|---|
| Date:<br>8/17/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*Robert C Ziegler*<br>Robert C. Ziegler, Senior Vice President | |

***Penalty for presenting fraudulent claim:*** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court<br>Eastern District of Virginia, Alexandria Division<br>In re: US Airways, Inc., et al.<br>Case No. 04-13819 (Jointly Administered) | IF BY MAIL:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>P.O. BOX 2006, MURRAY HILL STATION<br>NEW YORK, NEW YORK 10156 | **ADMINISTRATIVE<br>EXPENSE CLAIM REQUEST**<br><br>THIS SPACE IS FOR<br>COURT USE ONLY<br>Bar Date: August 22, 2005 |
|---|---|---|
| **Debtor against which claim is asserted: (check only one)**<br>☐ US Airways, Inc. (04-13819)<br>☒ US Airways Group, Inc. (04-13820)<br>☐ PSA Airlines, Inc. (04-13821)<br>☐ Piedmont Airlines, Inc. (04-13822)<br>☐ Material Services Company, Inc. (04-13823) | IF BY OVERNIGHT OR HAND DELIVERY:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>419 PARK AVENUE SOUTH, SUITE 1206<br>NEW YORK, NEW YORK 10016-8410 | |

NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense after commencement of the cases pursuant to 11 U.S.C. § 503 through July 31, 2005. Notwithstanding anything herein, no request for payment of an Administrative Claim need be filed with respect to (i) any claims for payment of an administrative expense specified in section 503(b) of the Bankruptcy Code with respect to trade claims, including any claims for goods or services (including, wages, salaries, or commissions), incurred by the Debtors in the ordinary course and operation of their businesses during these Chapter 11 cases that are being paid currently by the debtors in the ordinary course and operation of their businesses, or (ii) the exclusions listed under the definition of "Administrative Bar Date" on the reverse side of this form.

| Name and address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Bank of America, N.A. (USA), Bank of America, N.A., and affiliated entities<br>201 North Tryon St., NC1-022-06-01<br>Charlotte, NC 28255<br>Attention: Robert C. Ziegler<br><br>236178 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in these cases.<br>☒ Check box if the address differs from the address on the envelope sent to you by the claims agent. | U.S.B.C. - EASTERN DISTRICT OF VIRGINIA<br>US AIRWAYS, INC.<br>CHAPTER 11 CASE NO. 04-13819 (SSM)<br>CLAIM NUMBER: 05820 |
|---|---|---|
| If address is incorrect, please insert correct address: | Telephone Number:<br>(704) 388-8292<br>Fax Number:<br>(704) 387-1197 | |
| Account or other number by which Creditor identifies Debtor: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: ____ | |

**1. BASIS FOR CLAIM:**
| | | | |
|---|---|---|---|
| ☐ | Goods sold | ☐ | Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☒ | Services performed | ☐ | Wages, salaries, and compensation (Fill out below) |
| ☒ | Money advanced | | Last four digits of your social security number _____ |
| ☐ | Personal injury/wrongful death | | Unpaid compensation for services performed |
| ☐ | Taxes | | From _____ to _____ |
| ☒ | Other (Describe briefly): Administrative claim, described more fully below | | (date)        (date) |

| 2. DATE DEBIT WAS INCURRED: Ongoing | 3. IF COURT JUDGMENT, DATE OBTAINED: N/A |
|---|---|

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM FROM SEPTEMBER 12, 2004 THROUGH AND INCLUDING JULY 31, 2005:** Unliquidated
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or additional charges.

**5. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**
The basis for this Administrative Expense Claim Request is any and all claims, rights and interests of Bank of America, N.A. (USA) and Bank of America, N.A. (and their affiliated entities) in any manner arising from or related to either: (i) the Co-Branded Card and Merchant Services Agreement, dated as of May 20, 2003, as amended, (which was assumed, as amended, pursuant to a Court Order at Docket No. 855) (the "Card Agreement") and (ii) any and all other matters pertaining to credit cards, debit cards, or similar products.

| 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. | THIS SPACE IS FOR COURT USE ONLY<br><br>RECEIVED<br>2005 AUG 19 AM 11:45<br>BANKRUPTCY COURT/DRC |
|---|---|
| 7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". The Card Agreement is not attached because it is confidential and it is in the possession of US Airways, Inc. | |
| 8. DATE-STAMPED COPY: To receive an acknowledgement of the filing your claim, enclose a stamped, self-addressed envelope and copy of this claim. | |
| Date:<br>8/17/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>*Robert C Ziegler*<br>Robert C. Ziegler, Senior Vice President | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court<br>Eastern District of Virginia, Alexandria Division<br>In re: US Airways, Inc., et al.<br>Case No. 04-13819 (Jointly Administered) | **IF BY MAIL:**<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>P.O. BOX 2006, MURRAY HILL STATION<br>NEW YORK, NEW YORK 10156 | **ADMINISTRATIVE<br>EXPENSE CLAIM REQUEST**<br><br>THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|---|
| **Debtor against which claim is asserted: (check only one)**<br>☐ US Airways, Inc. (04-13819)<br>☐ US Airways Group, Inc. (04-13820)<br>☒ PSA Airlines, Inc. (04-13821)<br>☐ Piedmont Airlines, Inc. (04-13822)<br>☐ Material Services Company, Inc. (04-13823) | **IF BY OVERNIGHT OR HAND DELIVERY:**<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>419 PARK AVENUE SOUTH, SUITE 1206<br>NEW YORK, NEW YORK 10016-8410 | Bar Date: August 22, 2005 |

NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense after commencement of the cases pursuant to 11 U.S.C. § 503 through July 31, 2005. Notwithstanding anything herein, no request for payment of an Administrative Claim need to be filed with respect to (i) any claims for payment of an administrative expense specified in section 503(b) of the Bankruptcy Code with respect to trade claims, including any claims for goods or services (including, wages, salaries, or commissions), incurred by the Debtors in the ordinary course and operation of their businesses during these Chapter 11 cases that are being paid currently by the debtors in the ordinary course and operation of their businesses, or (ii) the exclusions listed under the definition of "Administrative Bar Date" on the reverse side of this form.

| Name and address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Bank of America, N.A. (USA), Bank of America, N.A., and affiliated entities<br>201 North Tryon St., NC1-022-06-01<br>Charlotte, NC 28255<br>Attention: Robert C. Ziegler<br><br>236178 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in these cases.<br>☒ Check box if the address differs from the address on the envelope sent to you by the claims agent. | U.S.B.C. - EASTERN DISTRICT OF VIRGINIA<br>US AIRWAYS, INC.<br>CHAPTER 11 CASE NO. 04-13819 (SSM)<br>CLAIM NUMBER:    05821 |
|---|---|---|
| If address is incorrect, please insert correct address: | Telephone Number:<br>(704) 388-8292<br>Fax Number:<br>(704) 387-1197 | |
| Account or other number by which Creditor identifies Debtor: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: ____ | |

| **1. BASIS FOR CLAIM:** | |
|---|---|
| ☐ Goods sold<br>☒ Services performed<br>☒ Money advanced<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☒ Other (Describe briefly): Administrative claim, described more fully below | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>Last four digits of your social security number _____<br>Unpaid compensation for services performed<br>From _____ to _____<br>    (date)        (date) |
| **2. DATE DEBIT WAS INCURRED:** Ongoing | **3. IF COURT JUDGMENT, DATE OBTAINED:** N/A |

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM FROM SEPTEMBER 12, 2004 THROUGH AND INCLUDING JULY 31, 2005:** Unliquidated
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or additional charges.

**5. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**
The basis for this Administrative Expense Claim Request is any and all claims, rights and interests of Bank of America, N.A. (USA) and Bank of America, N.A. (and their affiliated entities) in any manner arising from or related to either: (i) the Co-Branded Card and Merchant Services Agreement, dated as of May 20, 2003, as amended, (which was assumed, as amended, pursuant to a Court Order at Docket No. 855) (the "Card Agreement") and (ii) any and all other matters pertaining to credit cards, debit cards, or similar products.

| **6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". The Card Agreement is not attached because it is confidential and it is in the possession of US Airways, Inc.<br><br>**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing your claim, enclose a stamped, self-addressed envelope and copy of this claim. | **THIS SPACE IS FOR COURT USE ONLY**<br><br>RECEIVED<br>2005 AUG 19 AM 11:45<br>US BANKRUPTCY COURT/DC |
|---|---|
| Date:<br>8/17/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>*Robert C. Ziegler*<br>Robert C. Ziegler, Senior Vice President | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court<br>Eastern District of Virginia, Alexandria Division<br>In re: US Airways, Inc., et al.<br>Case No. 04-13819 (Jointly Administered) | IF BY MAIL:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>P.O. BOX 2006, MURRAY HILL STATION<br>NEW YORK, NEW YORK 10156 | **ADMINISTRATIVE<br>EXPENSE CLAIM REQUEST**<br><br>THIS SPACE IS FOR<br>COURT USE ONLY<br>Bar Date: August 22, 2005 |
|---|---|---|
| **Debtor against which claim is asserted: (check only one)**<br>☐ US Airways, Inc. (04-13819)<br>☐ US Airways Group, Inc. (04-13820)<br>☐ PSA Airlines, Inc. (04-13821)<br>☒ Piedmont Airlines, Inc. (04-13822)<br>☐ Material Services Company, Inc. (04-13823) | IF BY OVERNIGHT OR HAND DELIVERY:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>419 PARK AVENUE SOUTH, SUITE 1206<br>NEW YORK, NEW YORK 10016-8410 | |

NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense after commencement of the cases pursuant to 11 U.S.C. § 503 through July 31, 2005. Notwithstanding anything herein, no request for payment of an Administrative Claim need be filed with respect to (i) any claims for payment of an administrative expense specified in section 503(b) of the Bankruptcy Code with respect to trade claims, including any claims for goods or services (including, wages, salaries, or commissions), incurred by the Debtors in the ordinary course and operation of their businesses during these Chapter 11 cases that are being paid currently by the debtors in the ordinary course and operation of their businesses, or (ii) the exclusions listed under the definition of "Administrative Bar Date" on the reverse side of this form.

| Name and address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Bank of America, N.A. (USA), Bank of America, N.A., and affiliated entities<br>201 North Tryon St., NC1-022-06-01<br>Charlotte, NC 28255<br>Attention: Robert C. Ziegler<br><br>236178 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in these cases.<br>☒ Check box if the address differs from the address on the envelope sent to you by the claims agent. | U.S.B.C. - EASTERN DISTRICT OF VIRGINIA<br>U.S AIRWAYS, INC.<br>CHAPTER 11 CASE NO. 04-13819 (SSM)<br>CLAIM NUMBER:<br>**05822** |
|---|---|---|
| If address is incorrect, please insert correct address: | Telephone Number:<br>(704) 388-8292<br>Fax Number:<br>(704) 387-1197 | |
| Account or other number by which Creditor identifies Debtor: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: ____ | |

**1. BASIS FOR CLAIM:**

| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
|---|---|
| ☒ Services performed | ☐ Wages, salaries, and compensation (Fill out below) |
| ☒ Money advanced | Last four digits of your social security number _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | From _____ to _____ |
| ☒ Other (Describe briefly): Administrative claim, described more fully below | (date)         (date) |

| **2. DATE DEBIT WAS INCURRED:** Ongoing | **3. IF COURT JUDGMENT, DATE OBTAINED:** N/A |
|---|---|

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM FROM SEPTEMBER 12, 2004 THROUGH AND INCLUDING JULY 31, 2005:** Unliquidated
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or additional charges.

**5. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**
The basis for this Administrative Expense Claim Request is any and all claims, rights and interests of Bank of America, N.A. (USA) and Bank of America, N.A. (and their affiliated entities) in any manner arising from or related to either: (i) the Co-Branded Card and Merchant Services Agreement, dated as of May 20, 2003, as amended, (which was assumed, as amended, pursuant to a Court Order at Docket No. 855) (the "Card Agreement") and (ii) any and all other matters pertaining to credit cards, debit cards, or similar products.

| **6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". The Card Agreement is not attached because it is confidential and it is in the possession of US Airways, Inc.<br><br>**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing your claim, enclose a stamped, self-addressed envelope and copy of this claim. | THIS SPACE IS FOR<br>COURT USE ONLY<br><br>RECEIVED<br>AUG 19 AM 11: 45<br>BANKRUPTCY COURT/DRC |
|---|---|
| Date:<br>8/17/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*Robert C Zie...*<br>Robert C. Ziegler, Senior Vice President | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| United States Bankruptcy Court<br>Eastern District of Virginia, Alexandria Division<br>In re: US Airways, Inc., et al.<br>Case No. 04-13819 (Jointly Administered) | IF BY MAIL:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>P.O. BOX 2006, MURRAY HILL STATION<br>NEW YORK, NEW YORK 10156 | **ADMINISTRATIVE EXPENSE CLAIM REQUEST**<br><br>THIS SPACE IS FOR COURT USE ONLY<br>Bar Date: August 22, 2005 |
|---|---|---|
| **Debtor against which claim is asserted: (check only one)**<br>☐ US Airways, Inc. (04-13819)<br>☐ US Airways Group, Inc. (04-13820)<br>☐ PSA Airlines, Inc. (04-13821)<br>☐ Piedmont Airlines, Inc. (04-13822)<br>☒ Material Services Company, Inc. (04-13823) | IF BY OVERNIGHT OR HAND DELIVERY:<br>DONLIN, RECANO & COMPANY, INC.<br>AS AGENT FOR THE U.S.B.C., E.D. Va.<br>RE: US AIRWAYS, INC., et al.,<br>419 PARK AVENUE SOUTH, SUITE 1206<br>NEW YORK, NEW YORK 10016-8410 | |

NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense after commencement of the cases pursuant to 11 U.S.C. § 503 through July 31, 2005. Notwithstanding anything herein, no request for payment of an Administrative Claim need be filed with respect to (i) any claims for payment of an administrative expense specified in section 503(b) of the Bankruptcy Code with respect to trade claims, including any claims for goods or services (including, wages, salaries, or commissions), incurred by the Debtors in the ordinary course and operation of their businesses during these Chapter 11 cases that are being paid currently by the debtors in the ordinary course and operation of their businesses, or (ii) the exclusions listed under the definition of "Administrative Bar Date" on the reverse side of this form.

| Name and address of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Bank of America, N.A. (USA), Bank of America, N.A., and affiliated entities<br>201 North Tryon St., NC1-022-06-01<br>Charlotte, NC 28255<br>Attention: Robert C. Ziegler<br><br>236178 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in these cases.<br>☒ Check box if the address differs from the address on the envelope sent to you by the claims agent. | U.S.B.C. - EASTERN DISTRICT OF VIRGINIA<br>U.S AIRWAYS, INC.<br>CHAPTER 11 CASE NO. 04-13819 (SSM)<br>CLAIM NUMBER:    05823 |
|---|---|---|
| If address is incorrect, please insert correct address: | Telephone Number:<br>(704) 388-8292<br>Fax Number:<br>(704) 387-1197 | |
| Account or other number by which Creditor identifies Debtor: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: ____ | |

| **1. BASIS FOR CLAIM:** | | |
|---|---|---|
| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) | |
| ☒ Services performed | ☐ Wages, salaries, and compensation (Fill out below) | |
| ☒ Money advanced | Last four digits of your social security number_____ | |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed | |
| ☐ Taxes | From_____ to_____ | |
| ☒ Other (Describe briefly): Administrative claim, described more fully below | (date)                              (date) | |
| **2. DATE DEBIT WAS INCURRED:** Ongoing | **3. IF COURT JUDGMENT, DATE OBTAINED:** N/A | |

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM FROM SEPTEMBER 12, 2004 THROUGH AND INCLUDING JULY 31, 2005:** Unliquidated
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or additional charges.

**5. BRIEF DESCRIPTION OF CLAIM (attach any additional information):**
The basis for this Administrative Expense Claim Request is any and all claims, rights and interests of Bank of America, N.A. (USA) and Bank of America, N.A. (and their affiliated entities) in any manner arising from or related to either: (i) the Co-Branded Card and Merchant Services Agreement, dated as of May 20, 2003, as amended, (which was assumed, as amended, pursuant to a Court Order at Docket No. 855) (the "Card Agreement") and (ii) any and all other matters pertaining to credit cards, debit cards, or similar products.

| **6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". The Card Agreement is not attached because it is confidential and it is in the possession of US Airways, Inc.<br><br>**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing your claim, enclose a stamped, self-addressed envelope and copy of this claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>RECEIVED<br>2005 AUG 19 AM 11:45<br>BANKRUPTCY COURT/DRC |
|---|---|
| Date:<br>8/17/05 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*[signature]*<br>Robert C. Ziegler, Senior Vice President | |

**Penalty for presenting fraudulent claim:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
CH1 3306700v.1