*EXHIBIT F*

# APPENDIX C

**Reorganized Group Financial Projections**

## APPENDIX C – FINANCIAL PROJECTIONS

The Debtors believe that the Plan meets the Bankruptcy Code's feasibility requirement contained in Section 1129(a)(11) that Plan confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan. In connection with the development of the Plan, and for the purposes of determining whether the Plan satisfies this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources to continue in business. In this regard, the respective management of the Debtors and America West developed and refined financial projections (the "Projections") for the quarter ending December 31, 2005, and for the years ending December 31, 2006 and December 31, 2007, which taken together is the "Projection Period".

Neither the Debtors nor America West, as a matter of course, publish their business plans and strategies or projections or their anticipated financial position or results of operations. Accordingly, neither the Debtors nor America West anticipate that they will, and disclaim any obligation to, furnish updated business plans or projections to holders of Claims or Interests after the Confirmation Date, or to include such information in documents required to be filed with the Securities and Exchange Commission or otherwise make public such information.

ALTHOUGH EVERY EFFORT WAS MADE TO BE ACCURATE, THE PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS OR IN ACCORDANCE WITH ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN THE UNITED STATES OF AMERICA OR ANY OTHER JURSIDICTION, THE FINANCIAL ACCOUNTING STANDARDS BOARD, OR THE RULES AND REGULATIONS OF THE SECURITIES AND EXCHANGE COMMISSION REGARDING PROJECTIONS. FURTHERMORE, THE PROJECTIONS HAVE NOT BEEN AUDITED OR REVIEWED BY THE DEBTORS' OR AMERICA WEST'S INDEPENDENT CERTIFIED ACCOUNTANTS. WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE PROJECTIONS ARE BASED ON A VARIETY OF ASSUMPTIONS, WHICH MAY NOT BE REALIZED, AND WHICH ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, WHICH ARE BEYOND THE CONTROL OF THE DEBTORS. CONSEQUENTLY, THE PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY ANY OF THE DEBTORS, OR AMERICA WEST, OR ANY OTHER PERSON, THAT THE PROJECTIONS WILL BE REALIZED. ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THE PROJECTIONS. HOLDERS OF CLAIMS AND INTERESTS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS IN REACHING THEIR DETERMINATIONS OF WHETHER TO ACCEPT OR REJECT THE PLAN.

SAFE HARBOR STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995: Certain of the statements contained herein should be considered "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These forward looking statements may be identified by words such as "may," "will," "expect," "intend," "anticipate," "believe," "estimate," "plan," "project," "could," "should," and "continue" and similar terms used in connection with statements regarding the companies' outlook, expected fuel costs, the revenue environment, the companies' respective expected 2005, 2006 and 2007 financial performance. These statements include, but are not limited to, statements about the benefits of the business combination transaction involving America West and the Debtors, including future financial and operating results, the companies' plans, objectives, expectations and intentions and other statements that are not historical facts. These statements are based upon the current beliefs and expectations of America West and the Debtors' management and are subject to significant risks and uncertainties that could cause the Reorganized Debtors' actual results and financial position to differ materially from these statements. Such risks and uncertainties include, but are not limited to, the following: the ability of the companies to achieve the synergies anticipated as a result of combining the companies and to achieve such synergies in a timely manner; the ability of the companies to obtain and maintain any financing necessary for operations and other purposes, whether debtor in possession financing, in the case of the Debtors, during the pendency of the Debtors' bankruptcy proceeding, or other financing; the ability of America West, the Debtors, and the Reorganized Debtors to maintain adequate liquidity; the ability to achieve the asset sales contemplated by the plan but, not yet completed, in a timely manner; the impact of global instability including the continuing impact of the continued U.S. presence in Iraq and Afghanistan and the terrorist attacks of September 11, 2001 and the potential impact of future hostilities, terrorist attacks, infectious disease outbreaks or other global

events; changes in prevailing interest rates; the ability to attract and retain qualified personnel; the ability of the Reorganized Debtors to attract and retain customers; the cyclical nature of the airline industry; competitive practices in the industry, including significant fare restructuring activities by major airlines; the impact of historically high fuel prices; general economic conditions; reliance on automated systems and the impact of any failure of these systems; labor costs; security-related and insurance costs; weather conditions; government legislation and regulation; relations with unionized employees generally and the impact and outcome of labor negotiations; the Debtors' ability to obtain court approval with respect to motions in the Chapter 11 proceedings prosecuted by it from time to time; the ability of the Debtors' to develop, prosecute, confirm and consummate a plan of reorganization with respect to the Chapter 11 proceedings; risks associated with third parties seeking and obtaining court approval to terminate or shorten the exclusivity period for the Debtors to propose and confirm one or more plans of reorganization, to appoint a Chapter 11 trustee or to convert the cases to Chapter 7 cases; the ability of the Reorganized Debtors to obtain and maintain normal credit terms with vendors and service providers; the Reorganized Debtors' ability to maintain contracts that are critical to their operations; the potential adverse impact of the Chapter 11 proceedings on the Debtors' liquidity or results of operations; the ability of the Reorganized Debtors to operate pursuant to the terms of their financing facilities (particularly the financial covenants); the ability of Debtors to fund and execute its business plan during the Chapter 11 proceedings and in the context of a plan of reorganization and thereafter; and other risks and uncertainties listed from time to time in the companies' reports to the SEC and in the Disclosure Statement.

There may be other factors not identified above of which the companies are not currently aware that may affect matters discussed in the forward-looking statements, and may also cause actual results to differ materially from those discussed. The Reorganized Debtors assume no obligation to publicly update any forward-looking statement to reflect actual results, changes in assumptions or changes in other factors affecting these estimates other than as required by law. Similarly, these and other factors, including the terms of any reorganization plan of Debtors ultimately confirmed, can affect the value of the Debtors various prepetition liabilities, common stock and/or other equity securities. Accordingly, the companies urge that the appropriate caution be exercised with respect to existing and future investments in any of these liabilities and/or securities.

**Summary of Significant Assumptions**
The Projections were developed by the management of the Debtors and America West and are based on: a) current and projected market conditions in each of the Debtors' and America West's respective markets; b) the existing ability to maintain sufficient working capital to self-fund operations; c) an investment of $125 million from Eastshore Aviation, LLC, an investment of $100 million from Par Investment Partners, L.P., an investment of $50 million from Peninsula Investment Partners, L.P., an investment of $75 million from ACE Aviation Holdings, Inc., an investment of $150 million from funds managed by Wellington Capital Management, and an investment of $65 million from funds managed by Tudor Investment Corporation, as the proposed Plan of Reorganization equity investors, along with an additional $85 million in equity from an expected rights offering to America West stockholders and the Debtor's unsecured creditors or the options given to the equity investors; d) subject to final negotiations with the ATSB, amended loan agreements for both America West and the Debtors with the various ATSB Lenders as proposed; e) no material changes to the various marketing agreements including but not limited to the United Airlines bi-lateral arrangement and membership in the Star Alliance; f) pending long-term agreement with the affinity credit card provider providing $304 million of net cash proceeds upon the consummation of a merger with America West; g) execution of the asset sale financing with Republic Airways to provide $97 million of net proceeds; h) various asset sales and sale/leasebacks transactions expected to provide an additional $156 million in net proceeds; i) timely confirmation of the Plan, and j) timely consummation of the merger. The financial projections for the quarter ending 2005 include results from only the expected post-emergence period (expected emergence is assumed to be on September 30, 2005). The Reorganized Debtors' flight operations encompass the "mainline" operations of US Airways Inc. and America West, as well as the operations of the two wholly owned subsidiaries of US Airways Group that operate or are projected to operate commuter aircraft as US Airways Express carriers ("Express"). The Projections assume that the wholly owned Express carriers are operating as third parties upon closing, and their expenses are shown in the Express Capacity Purchase line item. The Projections assume an operating fleet plan of 361 mainline aircraft for the Reorganized Debtors' operations as of February 2006 and throughout 2007, of which 9 aircraft are Airbus A330-300, 10 aircraft are Boeing 767-200ER, 44 aircraft are Boeing 757-200, 198 aircraft are in the Airbus A320 family, and 100 aircraft are in the Boeing 737 family. The Projections also assume that the Reorganized Debtors will operate an Express fleet either through wholly owned Express carriers or affiliate Express carriers. The Reorganized Debtors expect to transition their Express fleet from 174 50-

seat regional jets at December 2005 to 138 50-seat regional jets in December 2006 and 136 50-seat regional jets by December 2007. The Reorganized Debtors expect to transition from 39 70-seat regional jets in December 2005 to 52 70-seat regional jets by December 2006 and throughout 2007. The Reorganized Debtors also expect to increase the number of the 90-seat regional jets from 38 in December 2005 to 55 and 65 90-seat jets at year end 2006 and 2007, respectively.

*Operating Revenues*

**Passenger Transportation Revenue**: The Reorganized Debtors' total passenger revenue is projected to be $9.56 billion in 2006 and to increase to approximately $9.73 billion in 2007. The increase is due to increased Express traffic partially offset by decreased mainline flying. The growth of low-fare competition in certain of the Debtors' markets is considered by management to be one of the Debtors' foremost competitive threats. The Debtors' management has included in the Projections the estimated effect of the continued incursion of low-fare competition into the principal markets that the Debtors serve.

**Other**: Other Revenue is primarily comprised of revenue from cargo, ticket change penalties, and frequent flyer program affinity card and partner revenues. Other revenue includes significant revenues from the wholly owned Material Services Company, Inc., which provides fuel to third party Express carriers. Revenues from the Material Services Company are projected to be approximately offset by nearly equivalent expenses in the Other Expenses line item. Other revenue, excluding Material Services Company revenue, is estimated to decline by approximately $10 million from 2006 to 2007 as a result of decreased revenue from ticket cancellation fees due to decreased volumes of flying.

*Operating Expenses*

**Personnel costs**: The Debtors project a decrease in wages and benefits from 2006 to 2007 of $30 million due to the benefits of the labor cost savings achieved through the Debtors' Chapter 11 restructuring, the reclassification of the Express carriers expenses, reduced labor force due to absolute reduction in the levels of operations and the full implementation of $113 million in overhead and operational labor synergies. The Projections assume that overall levels of headcount will decline for every workgroup from year end 2005 through 2007 and that management headcount will be substantially reduced. Headcount numbers for operational employees, including pilots, flight attendants, mechanics, and passenger service employees are modeled using the respective group's labor contract and the projected fleet and passenger statistics to arrive at headcount numbers.

**Aviation Fuel**: Fuel prices reflect the crude oil price per barrel and are derived from the June 14, 2005 New York Mercantile Exchange West Texas Intermediate crude prices. The average price per barrel assumed in 2006 is $57.60 (excluding taxes). The average price per barrel assumed in 2007 is $56.67 (excluding taxes). Jet fuel prices and underlying petroleum prices fluctuate daily. The Debtors and America West estimate that as long as the differential between the price of a gallon of crude oil and a gallon of jet fuel remains equal for each given calendar year in the Projection Period, a one dollar increase in the average price per barrel of crude oil results in an increase in annual fuel expense of approximately $40 million. Very limited fuel hedges were in place as of the date that these projections were prepared for the fourth quarter of 2005 and 2006.

**Aircraft Rent**: The Debtors are in the final stages of restructuring their aircraft obligations as well as reducing the fleet size through the rejection of aircraft leases, certain aircraft sales agreements and revised lease expiration dates. The Projections assume the aircraft fleet size will remain relatively constant throughout the Projection Period and the completion of sale and leaseback transactions on certain wide-body aircraft prior to emergence. For any aircraft which is subject to a lease that expires during the Projection Period and which is not subject to the identified fleet rationalization program, the Debtors have assumed renewal at rates substantially similar to existing rentals. However, the composition of the fleet will change as the Reorganized Debtors proceed with the induction of additional larger regional jet aircraft and Airbus narrow-body aircraft.

**Other Expenses**: Other Expenses includes space rent, landing fees, selling expenses, aircraft maintenance, and other expenses. From 2006 to 2007, other expenses increase $27 million or 1%. Expenses related to the Material Services Company increase by $29 million and are offset by an equal increase in other revenues as discussed above. Selling expenses are expected to decline approximately $18 million because of projected distribution channel shift to

the internet and lower rates from the global distributions services. Maintenance costs are assumed to increase by approximately $30 million in 2007 over 2006 levels primarily due to planned higher levels of maintenance activity in 2007. All remaining other expenses in this line item are projected to decline by approximately $30 million in aggregate from 2006 to 2007. This decline in the remaining other expenses is primarily due to the full year impact of the projected realized synergy cost savings including $99 million in expected annual information technology and systems savings, $40 million in on and off airport facilities synergies savings and the various other identified cost savings that the Debtors are implementing as part of their business plan.

***Express Capacity Purchases***: All Express operations, whether wholly owned or capacity purchase agreements are displayed in this line starting October 2005. All operations, whether wholly owned or capacity purchase agreements are projected using the rates from America West's and the Debtors' existing contract rates.

***Taxes***: Tax rates of 35% are assumed for federal taxes. The Reorganized Debtors are expected to generate net operating losses in 2005 and 2006 which will partially offset taxable income in 2007. Although the Reorganized Debtors will be the same legal entity as US Airways Group, each of America West and US Airways Group will undergo an "ownership change," as defined in Internal Revenue Code Section 382, in connection with the merger and the proposed rights offering. When such an ownership change occurs, Section 382 limits the companies' future ability to utilize any net operating losses, or NOLs, generated before the ownership change and certain subsequently recognized "built-in" losses and deductions, if any, existing as of the date of the ownership change. The companies' ability to utilize new NOLs arising after the ownership change would not be affected.

*Balance Sheet Assumptions*

***Fresh Start and Purchase Price Accounting Adjustments***:
The Reorganized Debtors will account for the merger as a "reverse acquisition" using the purchase method of accounting in conformity with accounting principles generally accepted in the United States of America. Although the merger is structured such that America West will become a wholly owned subsidiary of US Airways Group at closing, America West will be treated as the acquiring company for accounting purposes under SFAS No. 141, "Business Combinations," due to the following factors: (1) America West's stockholders are expected to own approximately 37% of New US Airways Group common stock outstanding immediately following the merger as compared to certain former US Airways Group creditors who will hold approximately 12% (these percentages reflect certain assumptions concerning the likely exchange of certain convertible debt and the impact of certain securities that are dilutive at the per share purchase price paid by the equity investors); (2) America West will receive a larger number of designees to the Reorganized Debtors' board of directors; and (3) America West's current Chairman and Chief Executive Officer will serve as Chairman and Chief Executive Officer of the Reorganized Debtors following the merger.

Fresh-start reporting adjustments and purchase accounting adjustments have been made to reflect the estimated adjustments necessary to adopt fresh start reporting and purchase accounting in accordance with generally accepted accounting principles. Fresh-start reporting requires that the reorganization value of the Reorganized Debtors be allocated to its assets in conformity with SFAS No. 141, "Business Combinations." The reorganization value and purchase accounting value is subject to adjustment to reflect any fluctuations in these Projections on which the valuation is based. The allocation of the reorganization value to individual assets and liabilities is subject to change after the Effective Date and could result in material differences to the allocated values estimated in these Projections.

The significant fresh-start reporting adjustments reflected in the Projections are as follows:
  a) Materials and Supplies: A fresh-start adjustment of approximately $50 million was made due to an estimated revaluation of materials and supplies based.
  b) Fixed Assets, Gross: a fresh start adjustment of approximately $390 million was made to write-down gross fixed assets to estimated fair market value. Another adjustment of $330 million was made to reflect the completion of the GE sale/leaseback transaction.
  c) Accumulated Depreciation and Amortization of Fixed Assets: A fresh-start adjustment of approximately $390 million was made to write-down accumulated depreciation and amortization of fixed assets based on the revaluation.

    d) Goodwill: Goodwill is estimated by subtracting the estimated fair market value of the Reorganized Debtors' identifiable tangible and intangible assets from the sum of the projected reorganized equity value plus total liabilities upon emergence. Various adjustments were made to remove approximately $2.1 billion of excess reorganization value remaining from the prior bankruptcy.
    e) Other Intangibles: An adjustment of approximately $70 million was made to write up intangible assets based on the estimated fair market value of slots, routes and gates.
    f) Liabilities Subject to Compromise: An adjustment of approximately $3.1 billion was made to record the discharge of liabilities pursuant to the Plan, payment for convenience class creditors, accrued expenses, short term and long term debt, deferred gains and other liabilities. In addition, $1.7 billion of short- and long-term debt, accrued expenses and other liabilities are being reinstated.
    g) Long-term Debt: $1.2 billion of aircraft and other related debt was reinstated from Liabilities Subject to Compromise. The outstanding ATSB loan balance was reclassified to non-current, subject to final negotiations with the ATSB.

*Working Capital:* Working capital is comprised of accounts receivable, prepaid expenses, air traffic liability, accounts payable, and other accrued liabilities. Working capital balances are consistent with historical levels.

*Property, Plant and Equipment:* The increases to flight equipment and ground equipment over the Projection Period are principally associated with investments in leasehold improvements on the aircraft fleet and with the addition of systems necessary to further automate customer service and to safeguard the Reorganized Debtors' information.

*Goodwill:* Goodwill is estimated by subtracting the estimated fair market value of the reorganized Debtors' identifiable tangible and intangible assets from the sum of the projected reorganized equity value plus adjusted total liabilities.

*Debt Structure:* At year end 2005, after emergence from Chapter 11 bankruptcy protection and the sale of certain assets, the Reorganized Debtors expect to carry $209 million in current maturities of long-term debt and $2,617 million in non-current long-term debt. The Debtors' debt structure is assumed to be as follows:
    a) $817 million of ATSB related secured debt, of which $86 million is current;
    b) $1,107 million of aircraft secured debt, of which $81 million is current;
    c) $215 million in convertible notes, including the $125 million GE facility;
    d) $111 million of various facility bonds and capital leases of which $2 million is current;
    e) $193 million in GE secured financing of which $6 million is current;
    f) $187 million of secured financing from Airbus;
    g) $175 million of pre-purchased frequent flyer miles of which $34 million is current;
    h) $22 million of other financing.

*Equity:* The proposed Plan Investors are assumed to invest $565 million in common equity as defined in section 7.9 of the Plan. An additional $85 million in equity is assumed to be raised in the proposed rights offering. The Projections also anticipate that the existing America West 2023 convertible notes will convert to equity. The pre-money value ascribed to the existing stakeholders of America West and US Airways is a combined $514 million.

*Cash Flow Assumptions*

*Cash Flow from Operating Activities:* For the Projection Period, cash flow from operating activities is projected to generate $567 million of positive cash flow. Working capital balances are forecasted consistent with historical levels. Working capital is projected to be a net use of cash in the fourth quarter of 2005 due primarily to the payments of pre-petition cure amounts associated with executory contracts assumed under the Plan. The decline in working capital in the fourth quarter of 2005 is assumed to be almost entirely offset by a gradual return to normal payment terms with trade vendors over 2006 and 2007. The cash flow from operations is directly related to the forecasted profitability after transition costs of the Reorganized Debtors.

*Cash Flow from Investing Activities:* Investing activities is projected to be a use of cash of $107 million over the Projection Period. However, in the fourth quarter of 2005 the Reorganized Debtors project to receive ordinary course seasonal returns of restricted cash from credit card processors and a release of the tax trust set up to guarantee

payment of certain ticket taxes. The Debtors have assumed that they will receive $212 million in net proceeds from asset sales and sale/leaseback transactions after associated debt repayment of $666 million during the pendency of the Chapter 11 cases, prior to the start of the projection period. The Debtors have assumed that they will receive an additional $33 million in net proceeds from asset sales during the fourth quarter of 2005. The forecast uses of cash in 2006 and 2007 reflect normal investing activities.

*Cash Flow from Financing Activities:* Cash flow from financing activities is projected to generate a use of cash of approximately $558 million over the Projection Period, primarily associated with the repayment of debt. The debtors project to pay $175 million for repayment of the pre-purchased frequent flyer program miles with the Reorganized Debtor's affinity card provider and $120 million of aircraft related debt service during the Projection Period. The Debtors have assumed that they will receive $212 million in net proceeds from asset sales and sale/leaseback transactions after associated debt repayment of $666 million during the pendency of the Chapter 11 cases, prior to the start of the Projection Period. The issuance of $650 million of new equity and the proceeds from asset sales and the associated debt repayment prior to the completion of the merger is reflected in the opening balance sheet.

| $ Million | Q405 | 2006 | 2007 |
|---|---:|---:|---:|
| **Summary Income Statement** | | | |
| Passenger Revenues | $2,287 | $9,563 | $9,730 |
| Other Revenues | 287 | 1,205 | 1,224 |
| **Total Revenues** | **$2,575** | **$10,768** | **$10,954** |
| | | | |
| Wages & Benefits | 476 | 1,892 | 1,862 |
| Aviation Fuel Including Tax | 554 | 2,095 | 2,029 |
| AC Rent | 186 | 691 | 705 |
| Other Expenses | 822 | 3,027 | 3,054 |
| Depreciation & Amortization | 52 | 249 | 246 |
| Express Capacity Purchase | 585 | 2,454 | 2,548 |
| **Total Operating Expenses** | **$2,674** | **$10,409** | **$10,443** |
| | | | |
| **EBIT before transaction expenses** | **(100)** | **360** | **511** |
| **EBITDA before transaction expenses** | **(48)** | **609** | **757** |
| **EBITDAR before transaction expenses** | **138** | **1,300** | **1,462** |
| | | | |
| Transaction Related Expenses | 91 | 209 | 0 |
| | | | |
| **EBIT after transaction expenses** | **(190)** | **150** | **511** |
| **EBITDA after transaction expenses** | **(139)** | **400** | **757** |
| **EBITDAR after transaction expenses** | **47** | **1,091** | **1,462** |
| | | | |
| Other Expense / (Income) (Not in EBIT) | (46) | (23) | (30) |
| Interest Expense (Net) | 60 | 239 | 161 |
| Profit Sharing Expense | 0 | 0 | 38 |
| **Pretax Income** | **($204)** | **($65)** | **$342** |
| Provision for Income Taxes | 0 | 0 | 26 |
| **Net Income** | **($204)** | **($65)** | **$316** |

| $ Million | 2005 | 2006 | 2007 |
|---|---:|---:|---:|
| **Summary Balance Sheet** | | | |
| Unrestricted Cash | $1,467 | $1,400 | $1,419 |
| Other Current Assets | 1,416 | 1,384 | 1,378 |
| Net Property, Plant and Equipment | 2,270 | 2,210 | 2,140 |
| Other Long-Term Assets | 1,377 | 1,328 | 1,305 |
| **Total Assets** | **$6,530** | **$6,322** | **$6,242** |
| | | | |
| Current Maturities of Long-Term Debt | 209 | 408 | 505 |
| Other Current Liabilities | 2,430 | 2,493 | 2,546 |
| Long-Term Debt | 2,617 | 2,256 | 1,757 |
| Other Long-Term Liabilities | 934 | 890 | 844 |
| **Total Liabilities** | **$6,190** | **$6,047** | **$5,651** |
| | | | |
| Equity | 1,079 | 1,079 | 1,079 |
| Retained Earnings | (739) | (804) | (488) |
| **Liabilities + Shareholders Equity** | **$6,530** | **$6,322** | **$6,242** |

| $ Million | Q405 | 2006 | 2007 |
|---|---:|---:|---:|
| **Summary Cash Flow Statement** | | | |
| Cash Flows From Operating Acitivities | ($323) | $277 | $614 |
| | | | |
| Cash Flows From Investing Activities | 268 | (182) | (194) |
| | | | |
| Cash Flows From Financing Activities | | | |
|   Net Debt Proceeds Issued | 6 | (161) | (402) |
|   Net Equity Investment | 0 | 0 | 0 |
| Cash Flows From Financing Activities | $6 | ($161) | ($402) |
| | | | |
| Beginning Unrestricted Cash | 1,517 | 1,467 | 1,400 |
| Change In Cash | (49) | (67) | 18 |
| **Ending Unrestricted Cash** | **$1,467** | **$1,400** | **$1,419** |