IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA),<br><br>                              Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC., US AIRWAYS GROUP, INC., and AMERICA WEST AIRLINES, INC.,<br><br>                              Defendants,<br><br>and<br><br>JUNIPER BANK,<br><br>                              Intervenor. | C.A. No. 05-793 |

## JOINDER IN NOTICE OF REMOVAL OF ACTION

Intervenor Juniper Bank hereby joins in Defendants' US Airways Inc., US Airways Group, Inc., and America West Airlines, Inc., Notice of Removal to this Court of the state court action described in the said Notice of Removal.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)
Susan T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
knachbar@mnat.com
shirzel@mnat.com

*Attorneys for Intervenor Juniper Bank*

November 16, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 16, 2005 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

### BY E-FILING

Richard L. Horwitz, Esquire
Kevin R. Shannon, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Christian D. Wright, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachar@mnat.com