IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. (USA), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-793 |
| | ) | |
| US AIRWAYS, INC., US AIRWAYS GROUP, INC., and AMERICA WEST AIRLINES, INC., | ) ) ) | |
| Defendants, | ) ) | |
| -and- | ) ) | |
| JUNIPER BANK, | ) ) | |
| Intervenor. | ) ) | |

**ORDER**

AT WILMINGTON, this _____ day of _____, 2005, upon consideration of the Motion to Transfer filed by defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc., together with all responses thereto, and finding good cause for issuance of the relief sought, IT IS HEREBY ORDERED that the Motion to Transfer is GRANTED, and that the above-captioned case is TRANSFERRED to the Bankruptcy Court of the United States District Court for the Eastern District of Virginia.

_____
United States District Judge