IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. (USA), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-793 |
| | ) | |
| US AIRWAYS, INC., US AIRWAYS GROUP, INC., and AMERICA WEST AIRLINES, INC., | ) ) ) | |
| Defendants, | ) ) | |
| -and- | ) ) | |
| JUNIPER BANK, | ) ) | |
| Intervenor. | ) ) | |

**DECLARATION OF CHRISTIAN DOUGLAS WRIGHT IN
SUPPORT OF DEFENDANTS US AIRWAYS, INC., US AIRWAYS
GROUP, INC., AND AMERICA WEST AIRLINES, INC.'S MOTION TO TRANSFER**

I, Christian Douglas Wright, hereby declare as follows:

    1.    I am a member of the Bar of the Supreme Court of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, and an attorney with Young Conaway Stargatt & Taylor, LLP, counsel to defendants US Airways, Inc., US Airways Group, Inc., and America West Airlines, Inc.

    2.    I submit this Declaration in support of the Motion to Transfer to the Eastern District of Virginia filed by defendants US Airways, Inc., US Airways Group, Inc., and America West Airlines, Inc.

3.      Attached as <u>Exhibit A</u> to the Appendix of Additional Exhibits Cited in Notice of Removal of Action and Claims Pursuant to 28 U.S.C. §§ 1452(a), 1334 ("Appendix of Additional Exhibits") is a true and correct copy of the Joint Plan of Reorganization of US Airways, Inc. and Its Affiliated Debtors and Debtors-in-Possession, to which is attached as Exhibit M the Agreement and Plan of Merger with America West Holdings Corporation.

4.      Attached as <u>Exhibit B</u> to the Appendix of Additional Exhibits is a true and correct copy of the Finding of Fact, Conclusions of Law and Order Under 11 U.S.C. §§ 1129(a) and (b) and Fed. R. Bankr. P. 3020 Confirming the Joint Plan of Reorganization of US Airways, Inc. and Its Affiliated Debtors and Debtors-in-Possession.

5.      Attached as <u>Exhibit C</u> to the Appendix of Additional Exhibits is a true and correct copy of the Administrative Claim filed by Bank of America, N.A. (USA) and affiliated entities for the period September 12, 2004 to July 31, 2005.

6.      Attached as <u>Exhibit D</u> to the Appendix of Additional Exhibits is a true and correct copy of the Administrative Claim filed by Bank of America, N.A. (USA) and affiliated entities for the period August 1, 2005 to September 27, 2005.

7.      Attached as <u>Exhibit E</u> to the Appendix of Additional Exhibits is a true and correct copy of the Second Amended Disclosure Statement with Respect to the Joint Plan of Reorganization of US Airways, Inc. and Its Affiliated Debtors and Debtors-in-Possession.

8.      Attached as <u>Exhibit F</u> to the Appendix of Additional Exhibits is a true and correct copy of Appendix C to the Disclosure Statement.

9.      Attached as <u>Exhibit G</u> to the Appendix of Additional Exhibits is a true and correct copy of the Limited Objection of Bank of America, N.A. and Bank of America, N.A. (USA) to

Confirmation of the Joint Plan of Reorganization of US Airways, Inc. and Its Affiliated Debtors and Debtors-in-Possession.

10.    Attached to this Declaration as <u>Exhibit H</u> is a true and correct copy of US Airways' Objections to Bank of America's Administrative Claims.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: November 16, 2005

*Christian Douglas Wright*
Christian Douglas Wright (#3554)

## CERTIFICATE OF SERVICE

I, Christian Douglas Wright, Esquire, hereby certify that on November 16, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Kevin R. Shannon, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> PO Box 951
> Wilmington, DE 19899-0951
>
> Kenneth J. Nachbar, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on November 16, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/ Christian Douglas Wright
> Christian Douglas Wright (#3554)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391
> (302) 571-6600
> cwright@ycst.com
>
> *Attorneys for Defendants US Airways, Inc.,*
> *US Airways Group, Inc. and America West*
> *Airlines, Inc.*