

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

November 22, 2005

**VIA E-FILE & HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4209
Wilmington, DE 19801

> Re: Bank of America, N.A. (USA) v. US Airways, Inc., et al.
> D. Del., C.A. No. 05-793

Dear Dr. Dalleo:

      I write on behalf of Bank of America, N.A. (USA) ("Bank of America") concerning the enclosed Motion for Expedited Remand, which was filed and served today in the above-referenced matter.

      Bank of America filed this action on October 12, 2005, in the Delaware Court of Chancery seeking, among other things, specific performance of a co-branded credit card agreement between Bank of America and US Airways, Inc. (the "Agreement"). On November 3, 2005, Bank of America filed a motion for partial summary judgment and opening brief in support thereof on the issue of liability on its claim for breach of contract against defendant US Airways, Inc. By consent of the parties, on November 15, 2005, the Delaware Court of Chancery entered an order expediting briefing on the motion for summary judgment, which provided that opposition papers be filed on or before December 2, 2005, reply papers be filed on or before December 9, 2005, and oral argument be held on December 21, 2005. The parties agreed to an expedited briefing schedule based on the need to have the issue presented by Bank of America's motion for partial summary judgment decided by January 1, 2006 – the date on which intervenor Juniper Bank has stated it will begin issuing a US Airways credit card, which Bank of America contends violates the express terms of the Agreement and will cause further irreparable harm to it.

      Consistent with the parties' agreement that resolution of the issue presented by Bank of America's motion for partial summary judgment should be decided promptly, we have included in our Motion to Remand a request for expedition. Counsel for the defendants and

Dr. Peter T. Dalleo
November 22, 2005
Page 2


intervenor initially agreed to brief the Motion to Remand on an expedited schedule and to follow the schedule ordered by Vice Chancellor Strine concerning briefing on the motion for partial summary judgment. We were advised this afternoon, however, that counsel for defendants and intervenor are no longer willing to commit to an expedited briefing schedule on either motion. We therefore respectfully request that this action be assigned at the Court's first opportunity and that a teleconference be convened as soon as possible subject to the Court's availability for the purpose of addressing scheduling.

        We are available at the Court's convenience if there are any questions regarding the foregoing.

Respectfully,

*Richard L. Horwitz /by BR* (3770)

Richard L. Horwitz (I.D. No. 2246)

RLH/jmm/708537
Enclosures
cc:    Kenneth J. Nachbar, Esquire (Via Hand Delivery)
        Christian Douglas Wright, Esquire (Via Hand Delivery)