IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA),<br><br>                  Plaintiff,<br>vs.<br><br>US AIRWAYS, INC., US AIRWAYS GROUP, INC. and AMERICA WEST AIRLINES, INC.,<br><br>                  Defendants,<br>          and<br>JUNIPER BANK,<br><br>                  Intervenor. | C. A. No. 05-793 |

## MOTION FOR EXPEDITED REMAND TO VICE CHANCELLOR STRINE OF THE DELAWARE CHANCERY COURT

Plaintiff Bank of America, N.A. (USA), by its undersigned attorneys, hereby moves for expedited remand of this action to Vice Chancellor Strine of the Delaware Chancery Court. The grounds for this motion are fully set forth in the Memorandum of Plaintiff Bank of America in Support of Its Motion for Expedited Remand to Vice Chancellor Strine of the Delaware Chancery Court, filed simultaneously herewith.

Of Counsel:
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Dated: November 22, 2005

POTTER, ANDERSON & CORROON LLP

By _____
Richard L. Horwitz (#2246)
Kevin R. Shannon (#3137)
Brian C. Ralston (#3770)
Hercules Plaza
1313 North Market St.
Wilmington, DE 19899

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Brian C. Ralston, hereby certify that on November 22, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

David C. McBride, Esquire
Martin S. Lessner, Esquire
Christian Douglas Wright, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

By: _____
Richard L. Horwitz (#2246)
Kevin R. Shannon (#3137)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kshannon@potteranderson.com
bralston@potteranderson.com

708602