IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA),<br><br>Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC., US AIRWAYS GROUP, INC. and AMERICA WEST AIRLINES, INC.,<br><br>Defendants,<br><br>and<br><br>JUNIPER BANK,<br><br>Intervenor. | C.A. No: 05-793 |

## ORDER

The Court, having considered Bank of America, N.A. (USA)'s Motion for Expedited Remand to Vice Chancellor Strine of the Delaware Chancery Court, IT IS HEREBY ORDERED, this ___ day of November, 2005, that

1. Bank of America's motion for expedited remand is GRANTED.

2. This action shall be immediately remanded upon the entry of this Order to the Delaware Court of Chancery, Vice Chancellor Strine.

_____
United States District Judge

708588