## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BANK OF AMERICA, N.A. (USA),<br><br>         Plaintiff,<br><br>  v.<br><br>US AIRWAYS, INC., US AIRWAYS GROUP,<br>INC. and AMERICA WEST AIRLINES, INC.,<br><br>         Defendants,<br><br>    and<br><br>JUNIPER BANK,<br><br>         Intervenor. | C.A. No: 05-793 |

### PLAINTIFF'S LOCAL RULE 7.1.1 CERTIFICATION

To the extent a Rule 7.1.1 statement may be considered necessary for a motion to remand, counsel for Plaintiff Bank of America, N.A. (USA) certifies that opposing counsel was contacted prior to the filing of Plaintiff's Motion for Expedited Remand, and that opposing counsel was unwilling to agree to the relief requested therein.

POTTER ANDERSON & CORROON LLP

By: _____

OF COUNSEL:

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000


Dated: November 22, 2005
708601

Richard L. Horwitz (#2246)
Kevin R. Shannon (#3137)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
kshannon@potteranderson.com
bralston@potteranderson.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Brian C. Ralston, hereby certify that on November 22, 2005, the attached

document was electronically filed with the Clerk of the Court using CM/ECF which will

send notification of such filing(s) to the following and the document is available for

viewing and downloading from CM/ECF:

Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

David C. McBride, Esquire
Martin S. Lessner, Esquire
Christian Douglas Wright, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

By: _____

Richard L. Horwitz (#2246)
Kevin R. Shannon (#3137)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kshannon@potteranderson.com
bralston@potteranderson.com