# EXHIBIT A

**Wright, Christian Douglas**

**From:** Wright, Christian Douglas
**Sent:** Friday, November 18, 2005 8:11 PM
**To:** Ralston, Brian C.; Kenneth J. Nachbar; David Marriott; Nina Dillon; Horwitz, Richard L.; Shannon, Kevin R.
**Cc:** Epstein, Mark; Myles, Kristin Linsley; May, Aaron; Swift, David; McBride, David; Lessner, Martin
**Subject:** RE: Bank of America, N.A. (USA) v. US Airways, Inc., et al.

Brian -

With regard to our opposition to your motion to remand, it is difficult to offer a date certain until we have seen your papers, although as I previously stated we are agreeable to an expedited schedule, and possibly even the schedule you have proposed once we see your papers.

As for our response to the complaint, in view of the briefing that is ahead of us for the remand and summary judgment motions, we would like to get an extension of time on the response, with us talking about a specific date on Monday.

Christian

---

**From:** Ralston, Brian C. [mailto:bralston@potteranderson.com]
**Sent:** Friday, November 18, 2005 3:16 PM
**To:** Wright, Christian Douglas; Kenneth J. Nachbar; David Marriott; Nina Dillon; Horwitz, Richard L.; Shannon, Kevin R.
**Cc:** Epstein, Mark; Myles, Kristin Linsley; McBride, David; Lessner, Martin
**Subject:** RE: Bank of America, N.A. (USA) v. US Airways, Inc., et al.

Christian, what do you propose as a response time for filing an opposition to the motion to remand. Also, when do you propose responding to the Complaint.

Ken, does Juniper concur with the positions set out in Christian's email below.


**Brian C. Ralston**
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19899
(302) 984-6292 (direct dial)
(302) 778-6292 (facsimile)
bralston@potteranderson.com

*IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSONS(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY

NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Wright, Christian Douglas [mailto:CWRIGHT@ycst.com]
**Sent:** Friday, November 18, 2005 12:15 PM
**To:** Ralston, Brian C.; Kenneth J. Nachbar; David Marriott; Nina Dillon; Horwitz, Richard L.; Shannon, Kevin R.
**Cc:** Epstein, Mark; Myles, Kristin Linsley; McBride, David; Lessner, Martin
**Subject:** RE: Bank of America, N.A. (USA) v. US Airways, Inc., et al.

Brian --

US Airways agrees that Bank of America's consent to transfer of the pending action to the Eastern District of Virginia is without prejudice to Bank of America's ability to seek to have the federal court in Virginia (whether district or bankruptcy) remand the case back to the Court of Chancery. We also agree not to argue that such consent should be deemed as an admission by Bank of America that the action should be heard in the Bankruptcy Court in the Eastern District as opposed to the District Court there.

US Airways is also agreeable to following the summary judgment schedule in whichever court ends up hearing the matter. We recognize that the motion to remand will need to be decided on an accelerated basis and are agreeable to an expedited schedule in principle, although not necessarily the dates you have proposed, which we think should be discussed further among all of the parties.

Christian Douglas Wright
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-6691
Facsimile: 302-576-3347
cwright@ycst.com

**From:** Ralston, Brian C. [mailto:bralston@potteranderson.com]
**Sent:** Thursday, November 17, 2005 5:01 PM
**To:** Kenneth J. Nachbar; Wright, Christian Douglas
**Cc:** David Marriott; Nina Dillon; Horwitz, Richard L.; Shannon, Kevin R.
**Subject:** Bank of America, N.A. (USA) v. US Airways, Inc., et al.

Bank of America is agreeable to consenting to the transfer of the pending action to the District Court in Virginia, provided that such consent is without prejudice to our moving to remand the action to state court, and subject to defendants' and intervenor's agreement not to argue that such consent demonstrates that the action should be heard by the bankruptcy court.

We intend to file tomorrow a motion to remand and will include a request for expedited treatment of the motion with a briefing schedule providing for opposition papers to be filed on November 23, 2005 and reply papers to be filed on November 28, 2005. Please let me know as soon as possible whether you are agreeable to this schedule and whether you will join our request that the Court decide the motion to remand promptly. Irrespective of the Court's consideration of the motion to remand, we propose that the parties follow the schedule ordered by Vice Chancellor Strine and complete the briefing on the motion for summary judgment to permit the court to decide such motion by year end as agreed to by the parties.

11/23/2005

Please let me know by noon tomorrow your position on the foregoing.

# Brian C. Ralston

Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, Delaware 19899
(302) 984-6292 (direct dial)
(302) 778-6292 (facsimile)
bralston@potteranderson.com

*IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

*THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSONS(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.*

11/23/2005