# EXHIBIT 11



**GRANTED**

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA),<br><br>                              Plaintiff,<br><br>v.<br><br>US AIRWAYS, INC., US AIRWAYS GROUP,<br>INC. and AMERICA WEST AIRLINES, INC.,<br><br>                              Defendants,<br>             and<br>JUNIPER BANK,<br><br>                              Intervenor. | Case No. 1713-N |

## ORDER

Upon Plaintiff's motion and the consent of the parties,

IT IS HEREBY ORDERED this ____ day of November, 2005, that:

    1.    Defendants and Intervenor shall file opposition papers to Plaintiff's Motion for Partial Summary Judgment on the Issue of Liability on its Claim for Breach of Contract Against Defendant US Airways, Inc. on or before December 2, 2005;

    2.    Plaintiff shall file reply papers on or before December 9, 2005;

    3.    Oral Argument on Plaintiff's Motion will be held on December 21, 2005, beginning at 1:30 p.m.

                                                  Vice Chancellor Strine

707444

# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US AIRWAYS, INC., US AIRWAYS GROUP, )<br>INC., and AMERICA WEST AIRLINES, INC., )<br>)<br>Defendants, )<br>)<br>-and- )<br>)<br>JUNIPER BANK, )<br>)<br>Intervenor. ) | C.A. No. 05-793 |

**DEFENDANTS US AIRWAYS, INC., US AIRWAYS GROUP, INC. AND AMERICA WEST AIRLINES, INC.'S MOTION TO TRANSFER TO THE EASTERN DISTRICT OF VIRGINIA**

Defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. § 1412 and Bankruptcy Rule 7087, hereby move this Court for entry of an Order, in the form attached hereto, transferring this action to the United States District Court for the Eastern District of Virginia, and specifically the Bankruptcy Court in that District. The grounds for this Motion are fully set forth in Defendants' Opening Brief in support of this Motion, filed contemporaneously herewith.

As set forth in the attached certification, and pursuant to District of Delaware Local Rule 7.1.1, Defendants made good faith efforts to reach agreement with plaintiff on the matters set forth in this Motion but were unable to do so.

WHEREFORE, Defendants respectfully request that the Court enter an Order, in the form attached hereto, transferring this action to the Bankruptcy Court of the United States District Court for the Eastern District of Virginia.

> Respectfully submitted,
>
> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/ Christian Douglas Wright
> David C. McBride (#408)
> Martin S. Lessner (#3109)
> Christian Douglas Wright (#3554)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6600
> cwright@ycst.com
>
> *Attorneys for Defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc.*

OF COUNSEL:

Mark H. Epstein
Kristin Linsley Myles
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100

Dated: November 16, 2005

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I, Christian Douglas Wright, hereby certify that counsel for defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc. made a good faith effort to reach agreement with counsel for plaintiff Bank of America, N.A. (USA) on the matters set forth in this motion and the accompanying opening brief but was unable to do so.

*(signature)*
Christian Douglas Wright (#3554)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
cwright@ycst.com

## CERTIFICATE OF SERVICE

I, Christian Douglas Wright, Esquire, hereby certify that on November 16, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz, Esquire
> Kevin R. Shannon, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> PO Box 951
> Wilmington, DE 19899-0951

> Kenneth J. Nachbar, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on November 16, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record

> YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/ Christian Douglas Wright
> Christian Douglas Wright (#3554)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> (302) 571-6600
> cwright@ycst.com
>
> *Attorneys for Defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-793 |
| | ) |
| US AIRWAYS, INC., US AIRWAYS GROUP, INC., and AMERICA WEST AIRLINES, INC., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| -and- | ) |
| | ) |
| JUNIPER BANK, | ) |
| | ) |
| Intervenor. | ) |

## ORDER

AT WILMINGTON, this ____ day of _____, 2005, upon consideration of the Motion to Transfer filed by defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc., together with all responses thereto, and finding good cause for issuance of the relief sought, IT IS HEREBY ORDERED that the Motion to Transfer is GRANTED, and that the above-captioned case is TRANSFERRED to the Bankruptcy Court of the United States District Court for the Eastern District of Virginia.

_____
United States District Judge