IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA),<br><br>                                Plaintiff,<br><br>    v.<br><br>US AIRWAYS, INC., US AIRWAYS GROUP, INC. and AMERICA WEST AIRLINES, INC.,<br><br>                              Defendants,<br>        and<br>JUNIPER BANK,<br><br>                              Intervenor. | C.A. No. 05-793<br><br>**PUBLIC VERSION** |

**AFFIDAVIT OF BRIAN C. RALSTON, ESQUIRE IN SUPPORT OF
BANK OF AMERICA, N.A. (USA)'S MOTION FOR EXPEDITED REMAND TO
VICE CHANCELLOR STRINE OF THE DELAWARE CHANCERY COURT
VOLUME 2 OF 2 (EXHIBITS 15 THROUGH 18)**

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I am an associate of Potter Anderson & Corroon LLP, and I represent Bank of America, N.A. (USA) in this action.

3. I am a member of the Bar of the State of Delaware.

4. I make this affidavit in support of Bank of America's Motion to Remand.

5. Attached hereto are true and correct copies of the following documents:

(a)     Exhibit 1 is the Co-Branded Card and Merchant Services Agreement between Bank of America, N.A. (USA) and US Airways, Inc. dated as of May 20, 2003.

(b)     Exhibit 2 is the Co-Branded Card Agreement between Bank of America, N.A. (USA) and US Airways, Inc. dated as of December 4, 2000.

(c)     Exhibit 3 is the Co-Branded Credit Card Agreement between Bank of America, N.A. (USA) and America West Airlines, Inc., dated January 1, 2001.

(d)     Exhibit 4 is the Assignment and First Amendment to Co-Branded Card Agreement between US Airways Group, Inc., America West Airlines, Inc. and Juniper Bank, dated August 8, 2005.

(e)     Exhibit 5 is a copy of the US Airways Group, Inc. and US Airways, Inc. Current Report (Form 8-K), filed with the SEC on August 12, 2005 for the period ending September 8, 2005.

(f)     Exhibit 6 is the America West Co-Branded Card Agreement between America West Airlines, Inc. and Juniper Bank, dated January 25, 2005.

(g)     Exhibit 7 is a September 27, 2005 US Airways Group, Inc. press release, "Reorganized US Airways Group, Inc. Completes Merger With America West Airlines" (*available at* http://www.prnewswire.com/news/ index_mail.shtml?ACCT= 104&STORY=/www/story/09-27-2005/ 0004132794&EDATE=).

(h)  Exhibit 8 contains excerpts from the US Airways' internet website, as of November 2, 2005 (*at* http://www.usairwaysinfo.com/usair/content/faqs/frequent-flyer.aspx).

(i)  Exhibit 9 is a copy of the Complaint filed in *Bank of Am., N.A. (USA) v. U.S. Airways, Inc.*, Del. Ch., C.A. No. 1713-N, dated October 12, 2005.

(j)  Exhibit 10 is a copy of Plaintiff's Motion for Partial Summary Judgment filed in *Bank of Am., N.A. (USA) v. U.S. Airways, Inc.*, Del. Ch., C.A. No. 1713-N, dated November 3, 2005.

(k)  Exhibit 11 is a copy of the Scheduling Order entered in *Bank of Am., N.A. (USA) v. US Airways, Inc.*, Del. Ch., C.A. No. 1713-N, dated November 15, 2005.

(l)  Exhibit 12 is a copy of Defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc.'s Motion to Transfer to the Eastern District of Virginia, dated November 16, 2005.

(m)  Exhibit 13 is a copy of the Confirmation Order in *In re US Airways, Inc.*, No. 04-13819-SSM (Bankr. E.D. Va. Sept. 16, 2005).

(n)  Exhibit 14 is a copy of Bank of America Administrative Expense Claim Request, dated August 17, 2005 and November 9, 2005.

(o)  Exhibit 15 is a copy of US Airways Second Amended Disclosure Statement, dated August 7, 2005.

(p)  Exhibit 16 is a copy of US Airways Group, Inc.'s and US Airways, Inc.'s Form 8-K, dated October 3, 2005.

     (q)    Exhibit 17 is the Agreement and Plan of Merger among US Airways Group, Inc., America West Holdings Corporation and Barbell Acquisition Corp., dated May 19, 2005.

     (r)    Exhibit 18 is a May 19, 2005 press release, "America West Holdings Corporation and US Airways Group, Inc. to Merge".

    6.    I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Brian C. Ralston*
Brian C. Ralston (I.D. No. 3770)

Sworn to before me this
22nd day of November, 2005.

*/s/ Robert C. Alloway*
Notary Public

707545

**ROBERT C. ALLOWAY**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires May 16, 2006

Public Version Dated: December 2, 2005

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, Brian C. Ralston, hereby certify that on December 2, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY HAND DELIVERY**

David C. McBride, Esquire
Martin S. Lessner, Esquire
Christian Douglas Wright, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

By: /s/ Brian C. Ralston
    Richard L. Horwitz (#2246)
    Kevin R. Shannon (#3137)
    Brian C. Ralston (#3770)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kshannon@potteranderson.com
    bralston@potteranderson.com