IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANK OF AMERICA, N.A. (USA),<br><br>                          Plaintiff,<br>      v.<br><br>US AIRWAYS, INC., US AIRWAYS GROUP, INC. and AMERICA WEST AIRLINES, INC.,<br><br>                        Defendants,<br>         and<br>JUNIPER BANK,<br><br>                        Intervenor. | C. A. No. 05-793 (JJF) |

## STATEMENT PURSUANT TO LOCAL DISTRICT COURT RULE 81.2

Pursuant to Local District Court Rule 81.2, plaintiff Bank of America, N.A. (USA) ("Bank of America") hereby identifies below the pending matters which require judicial action. Counsel for Bank of America sought the consent of counsel for defendants and intervenor to the form of this Statement. Counsel for intervenor consented to the form of Statement. No response was received from counsel for defendants.

1. On November 3, 2005, Bank of America filed a motion for partial summary judgment and opening brief in support thereof. The Delaware Court of Chancery ordered that (i) answering briefs in opposition to such motion be filed on or before December 2, 2005, (ii) the reply brief in support of such motion be filed on or before December 9, 2005, and (iii) oral argument on such motion shall be held on December 21, 2005, at 1:30 p.m.

2. On November 15, 2005, defendants US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc. (the "US Airways Defendants") filed a

Notice of Removal from Delaware Court of Chancery, C.A. No. 1713-N. On November 16, 2005, Intervenor Juniper Bank joined in the Notice of Removal. On November 16, 2005, the US Airways Defendants filed a Motion to Transfer Case to U.S. District Court for the Eastern District of Virginia and opening brief in support thereof. On November 30, 2005, Bank of America filed its opposition to the Motion to Transfer.

3. On November 23, 2005, Bank of America filed a Motion for Expedited Remand to Vice Chancellor Strine of the Delaware Court of Chancery. By Court Order, the US Airways Defendants shall file their opposition to the Motion for Expedited Remand on December 5, 2005.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

By: /s/ Brian C. Ralston
Richard L. Horwitz (#2246)
Kevin R. Shannon (#3137)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
kshannon@potteranderson.com
bralston@potteranderson.com

Dated: December 5, 2005

*Attorneys for Plaintiff*

709968v2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Brian C. Ralston, hereby certify that on December 5, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**BY HAND DELIVERY**

David C. McBride, Esquire
Martin S. Lessner, Esquire
Christian Douglas Wright, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

By: /s/ Brian C. Ralston
   Richard L. Horwitz (#2246)
   Kevin R. Shannon (#3137)
   Brian C. Ralston (#3770)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, Delaware 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   kshannon@potteranderson.com
   bralston@potteranderson.com