

# Potter
# Anderson
# & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 7, 2005

<u>VIA E-FILE</u>

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4209
Wilmington, DE 19801

      Re:    **Bank of America, N.A. (USA) v. US Airways, Inc., et al.**
              **D. Del., C.A. No. 05-793 (JJF)**

Dear Judge Farnan:

      We represent plaintiff Bank of America in the above-titled action and respectfully request that the Court consider this letter in connection with Bank of America's motion to remand this action to the Court of Chancery. Consistent with the Court's directive, Bank of America will not be submitting a reply brief in connection with its remand motion, despite our disagreement with US Airways' contentions. We write simply to advise the Court of a misstatement in US Airways' submission.

      At page 30 of its opposition brief, US Airways states that Bank of America's argument that it is entitled to arbitrate this action in the event this Court denies the Remand Motion is "utterly specious". (Opp. Br. at 30.) According to U.S. Airways, Bank of America "clearly waived any right to pursue arbitration by filing this action in the Court of Chancery rather than seeking an arbitral forum as an initial matter." (*Id.*) We refer the Court to the language of the arbitration provision contained in the Agreement at issue in this case (attached as Exhibit 1 to the affidavit of Brian C. Ralston, submitted with the Remand Motion), which provides: "The filing of a court action is not intended to constitute a waiver of the right of US

The Honorable Joseph J. Farnan, Jr.
December 7, 2005
Page 2

Airways or the Bank, including the suing party, thereafter to require submittal of the claim to arbitration". (Ralston Affidavit Exhibit 1 at § 8.6.1.)

Respectfully,

Richard L. Horwitz (I.D. No. 2246)

RLH/slh/710269
cc:   Clerk of the Court (Via Hand Delivery)
      Kenneth J. Nachbar, Esquire (Via E-File)
      Christian Douglas Wright, Esquire (Via E-File)