

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 7, 2005

**VIA E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4209
Wilmington, DE 19801

      Re:    **Bank of America, N.A. (USA) v. US Airways, Inc., et al.
D. Del., C.A. No. 05-793 (JJF)**

Dear Judge Farnan:

      The purpose of this letter is to convey a joint request by the parties in the above action. The parties agree on the need to have their dispute resolved promptly, either through the pending action or, if possible, through a settlement. Toward the latter end, settlement talks have begun in order to determine whether an amicable resolution can be reached. In connection with those efforts, the parties respectfully request that the Court defer for a brief period any ruling on the pending motions. The parties will advise the Court by the end of the day on Friday as to the status of their discussions.

      Respectfully,

      */s/ Richard L. Horwitz*

      Richard L. Horwitz (I.D. No. 2246)

RLH/pf/710333
cc:    Clerk, District Court (By hand)
      David R. Marriott, Esquire (Via E-file)
      Christian Douglas Wright, Esquire (Via E-file)
      Kenneth Nachbar, Esquire (Via E-file)
      Kristin Linsley Myles, Esquire (Via Facsimile)