

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 9, 2005

**VIA E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4209
Wilmington, DE 19801

> Re: **Bank of America, N.A. (USA) v. US Airways, Inc., et al.**
> **D. Del., C.A. No. 05-793 (JJF)**

Dear Judge Farnan:

      I write on behalf of Bank of America, N.A. (USA) to advise the Court that the settlement discussions between the parties referenced in my letter to Your Honor dated December 7, 2005, did not result in an amicable resolution of the above-referenced action. Accordingly, we respectfully renew our request that the Court rule on Bank of America's pending Motion for Expedited Remand at the Court's first opportunity.

                                 Respectfully,

                                   Richard L. Horwitz (I.D. No. 2246)

RLH/slh/710269
cc:    Clerk of the Court (Via Hand Delivery)
       Kenneth J. Nachbar, Esquire (Via E-File)
       Christian Douglas Wright, Esquire (Via E-File)