# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

CHRISTIAN DOUGLAS WRIGHT

DIRECT DIAL: (302) 571-6691
DIRECT FAX: (302) 576-3347
CWRIGHT@YCST.COM

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
WWW.YOUNGCONAWAY.COM

December 21, 2005

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Bank of America, N.A. (USA) v. US Airways, Inc., et al.*
      C.A. No. 05-793 (JJF)

Dear Judge Farnan:

This is to advise the Court of a further development in the *In re US Airways* reorganization proceeding in the Eastern District of Virginia. Judge Stephen S. Mitchell, the presiding bankruptcy judge in that proceeding, has set a January 6, 2006 hearing on US Airways' Objection to Bank of America's Administrative Claims. The Administrative Claims and US Airways' objections thereto are discussed at pages 4-8 and 11-12 of US Airways' memorandum in support of its motion to transfer this action to the Eastern District of Virginia (D.I. 6), and at pages 2-3, 9-11, and 19-22 of US Airways' Opposition to Bank of America's motion to remand this action to the Delaware Court of Chancery (D.I. 23). The Administrative Claims also were referenced in US Airways' Notice of Removal at pages 3-4 and 6-9 (D.I. 1).

We are available at the Court's convenience if there are any questions.

Respectfully yours,

Christian Douglas Wright (#3554)

CDW/mmi
cc:   Clerk of the Court  (by e-filing and by hand delivery)
      Kenneth J. Nachbar, Esquire  (by e-filing)
      Richard L. Horwitz, Esquire  (by e-filing)

DB02:5133227.1                                                                          064703.1001