

# Potter
# Anderson
# Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 22, 2005

<u>VIA E-FILE</u>

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4209
Wilmington, DE 19801

      Re:    <u>**Bank of America, N.A. (USA) v. US Airways, Inc., et al.**
              **D. Del., C.A. No. 05-793 (JJF)**</u>

Dear Judge Farnan:

        We represent plaintiff Bank of America, N.A. (USA) in the above-titled action and write in response to counsel for US Airways' letter of last night advising the Court of a "further development" in the In re US Airways reorganization proceeding in the Eastern District of Virginia. Contrary to US Airways' suggestion, Judge Mitchell's consideration of issues concerning Bank of America's administrative expense claims relates solely to its administrative claims in that bankruptcy proceeding and in no way implicates the issue of whether Bank of America's complaint in the above-titled action, originally filed in the Delaware Court of Chancery, triggers federal jurisdiction. Indeed, as we explained to this Court in our remand motion, Bank of America's administrative claim filings in the bankruptcy case explicitly excluded seeking the bankruptcy court's jurisdiction in connection with the issues raised by Bank of America's complaint in this action. Moreover, at a telephone conference yesterday with Judge Mitchell and the parties, Judge Mitchell confirmed that, notwithstanding the notice from US Airways' counsel, the hearing on January 6, 2006 will not seek to address the merits with respect to any controverted factual issues.

The Honorable Joseph J. Farnan, Jr.
December 22, 2005
Page 2

       We look forward to the Court deciding Bank of America's expedited remand motion at its earliest convenience, so that we can resolve the merits of our claims against US Airways as soon as possible.

       Respectfully,

       Richard L. Horwitz (I.D. No. 2246)

RLH/slh/712497
cc:    Clerk of the Court (Via Hand Delivery)
       Kenneth J. Nachbar, Esquire (Via E-File)
       Christian Douglas Wright, Esquire (Via E-File)