IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BANK OF AMERICA, N.A. (USA),           :
                                        :
    Plaintiff,                         :
                                        :
  v.                                    :
                                        :
US AIRWAYS, INC., US AIRWAYS           :
GROUP, INC. and AMERICA WEST           : Civil Action No. 05-793-JJF
AIRLINES, INC.,                        :
                                        :
    Defendants,                        :
                                        :
  and                                   :
                                        :
JUNIPER BANK,                          :
                                        :
    Intervenor.                        :

O R D E R

At Wilmington, this 21 day of December 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendants' Motion To Transfer To The Eastern District Of Virginia (D.I. 5) is **GRANTED**.

2. This case is transferred to the United States District Court for the Eastern District of Virginia.

                                            /s/ Joseph J. Farnan, Jr.
                                     UNITED STATES DISTRICT JUDGE