# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2006

Elizabeth H. Paret, Clerk of the Court
Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    RE: Bank Of America, N.A. (USA) v. US Airways, Inc., US
        Airways Group, Inc. and America West Airlines, Inc.
        Civil Action No. 05-793 JJF

Dear Ms. Paret:

    Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

    (X) Certified copy of the docket sheet;
    (X) Certified copy of the Order of Transfer;
    (X) Original case file documents (if applicable);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: /s/ Aneta C Belton
    Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on
_____.

_____
Signature