# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2006

RECEIVED
MAILROOM

JAN 10 2006

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Elizabeth H. Paret, Clerk of the Court
Albert V. Bryan
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

RE: Bank Of America, N.A. (USA) v. US Airways, Inc., US Airways Group, Inc. and America West Airlines, Inc.
Civil Action No. 05-793 JJF

Dear Ms. Paret:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X) Certified copy of the docket sheet;
(X) Certified copy of the Order of Transfer;
(X) Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _Linda F. Belton_
Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on

_Michael J. Kelley_   1:06cv31
Signature