Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
JAN 17  2 51 PM '06
CLERK, U.S. DISTRICT
DISTRICT OF DELAWARE

Anita F. Bolton

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801



Hasler

016H165035000
Mailed From 22314
01/12/2006
$00.390
US POSTAGE